CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 9 2008

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VA TIMBERLINE, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:06cv40026 |
| | ) |
| v. | ) |
| | ) |
| APPALACHIAN POWER COMPANY, | ) **FINAL ORDER** |
| and | ) |
| FRANKLIN REAL ESTATE COMPANY, | ) |
| | ) By: James C. Turk |
| Defendants. | ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendant's Motion for Summary Judgment is **GRANTED** and the plaintiff's Motion for Summary Judgment is **DENIED**, the effect of which is to hold that the Plaintiff may construct only those boat docking and mooring structures along the shoreline of Common Area D which are consistent with the terms of Defendant's federal license.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record and to strike the case from the active docket of the court.

ENTER: This 29th day of January, 2008.

_/s/ James C. Turk_
Hon. James C. Turk
Senior United States District Judge